UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTEBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>AARON'S BODY SHOP, a California corporation, and Does 1-20,<br><br>Defendant.<br>_____/ | No. C 13-1541 LB<br><br>**ORDER CONTINUING JUNE 20, 2013 CASE MANAGEMENT CONFERENCE**<br><br>**[Re: ECF No. 12]** |

Plaintiffs filed this action on April 5, 2013. Since then, Defendant Aaron's Body Shop has not filed an answer or otherwise responded to Plaintiffs' Complaint. In fact, Defendant's only appearance has come in the parties' Joint Case Management Statement filed on June 6, 2013.[1] Under these circumstances, the Case Management Conference currently set for June 20, 2013, is

---

[1] Plaintiffs and Defendant give consent in their Joint Case Management Statement to have a United States Magistrate Judge conduct any proceedings in this action, including trial, and order the entry of a final judgment.

C 13-01541
ORDER

hereby CONTINUED to August 22, 2013, at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.  A Joint Case Management Conference Statement is due no later than August 15, 2013.

**IT IS SO ORDERED.**

Dated: June 13, 2013

_____
LAUREL BEELER
United States Magistrate Judge